## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, SS. | SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT |
| | CIVIL ACTION NO.: 1585CV00832 |

MARC ASTRELLA and
TRISTA ASTRELLA,
    *Plaintiffs*

v.

TRANS UNION, LLC,
    *Defendant*

**COMPLAINT AND DEMAND FOR JURY TRIAL**

## INTRODUCTION

1. This is an action brought under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681e(b), *et seq.* seeking actual damages, statutory and punitive damages, attorney's fees and costs.

2. This action challenges the Defendant's improper and inaccurate credit reporting on debt that had been discharged in Bankruptcy.

3. The Plaintiffs' allege that Trans Union violated the FCRA by failing to establish or maintain reasonable procedures to assure maximum possible accuracy in the preparation of the credit reports and credit files it published and maintained concerning the Plaintiff Marc Astrella.

## PARTIES

4. The Plaintiffs, Marc Astrella and Trista Astrella, are married individuals who reside at 40 Wigwam Road, West Brookfield, MA 01585.

5.      The Defendant, Trans Union, LLLC (hereinafter, "Trans Union") is an Illinois Corporation, which does business in the Commonwealth of Massachusetts and in other States. At all times relevant hereto, it was a "consumer reporting agency" as governed by the FCRA.

## FACTUAL BACKGROUND

6.      Marc and Trista Astrella were debtors in a bankruptcy case filed on May 24, 2010.

7.      At the time of the filing the Marc Astrella had mortgage debt on an investment property.

8.      The mortgage debt was discharged in the bankruptcy case on August 31, 2010.

9.      Plaintiffs applied for a preapproved mortgage loan from North Brookfield Savings Bank in the fall of 2013.

10.     The Plaintiffs were notified by letter on September 19, 2013 that their request was denied and one of the reasons cited for the denial was delinquent reporting of the mortgage loan on Marc Astrella's investment property that had been discharge in bankruptcy.

11.     The Plaintiffs obtained a copy of their credit reports from all three credit reporting agencies and discovered that Trans Union was reporting the account status of the discharged mortgage debt as 120 days past due.

12.     Equifax was correcting reporting the status of the discharged mortgage debt as "included in Bankruptcy".

13.     Experian was not reporting any information on the discharged mortgage debt.

14.     Trans Union's reporting of the discharged mortgage debt was inaccurate and in violation of the FCRA, 15 U.S.C. § 1681e(b) due to Defendant's failure to follow reasonable

procedures to assure maximum possible accuracy in the preparation of the credit reports and credit files it publishes and maintains concerning the Plaintiff Marc Astrella.

15. If the Defendant had in place appropriate procedures it would have found evidence of the bankruptcy filing and the discharge of the mortgage debt.

16. Trans Union failed to maintain reasonable procedures designed to avoid violation of 15 U.S.C. § 1681e(b).

17. Trans Union furnished consumer reports regarding Marc Astrella to third parties that contained the inaccurate information alleged herein.

## COUNT I

### Violation Of FCRA, 15 U.S.C. § 1681e(b)

18. Plaintiffs repeat and re-allege every allegation above as if set forth herein in full.

19. Defendant violated 15 U.S.C. § 1681e(b) by failing to establish or follow reasonable procedures to assure maximum possible accuracy in the preparation of the consumer reports it furnished regarding Marc Astrella.

20. As a result of the conduct, actions, and inactions of the Defendant as alleged, the Plaintiffs have suffered actual damages.

21. Defendant's conduct, actions, and inactions were willful, rendering Defendant liable for actual, statutory, and punitive damages, as well as attorney's fess and costs in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.  In the alternative, the Defendant was negligent entitling the Plaintiffs to recover under 15 U.S.C. § 1681o.

## PRAYER FOR RELIEF

WHEREFORE, The Plaintiffs respectfully request the following relief:

1. Enter judgment in favor of Plaintiffs against Trans Union for actual damages, statutory damages, punitive damages, and attorney's fees and costs, and

2. Grant Plaintiffs such other and further relief as this Court finds necessary and proper.

**JURY TRIAL DEMAND**

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted,
The Plaintiffs,
Marc Astrella and Trista Astrella

By Their Attorney:

/s/ Kenneth J. Gogel
Kenneth J. Gogel, Esq., BBO #547968
kgogel@gogel-gogel.com
Gogel & Gogel
2 Mattoon Street
Springfield, MA 01105
(413) 788-5683
(413) 737-3382 (Fax)

Dated: September 12, 2015