# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| MARC ASTRELLA and<br>TRISTA ASTRELLA,<br>　　　　Plaintiffs, | CASE NO.  4:15-cv-40130-TSH |
| vs. | |
| TRANS UNION, LLC,<br>　　　　Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC

Plaintiffs Marc Astrella and Trista Astrella ("Plaintiffs"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: __8/31/2016__

_____
Kenneth J. Gogel, Esq.
Gogel & Gogel
2 Mattoon Street
Springfield, MA  01105
Telephone:  (413) 788-5683
Fax:  (413) 737-3382
E-Mail:  kgogel@gogel-gogel.com

*Counsel for Plaintiffs Marc Astrella and
Trista Astrella*

Date: 9/2/2016

William R. Brown, Esq.
(admitted *Pro Hac Vice*)
Katherine E. Carlton Robinson, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: wbrown@schuckitlaw.com
        krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
77 Franklin Street
Boston, MA 02110
Telephone: (617) 723-2525
Fax: (617) 723-3163
E-Mail: mardic@boninmarashian.com

*Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of September, 2016**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Kenneth J. Gogel, Esq.<br>kgogel@gogel-gogel.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of September, 2016**, properly addressed as follows:

| None. | |

/s/ *Katherine E. Carlton Robinson*
William R. Brown, Esq.
(admitted *Pro Hac Vice*)
Katherine E. Carlton Robinson, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com
         krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*